UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| VERLEAN KENDRICK, | : | CASE NUMBER 15-20679-JRS |
| | : | |
| Debtor. | : | JUDGE JAMES R. SACCA |

**NOTICE OF DEPOSITING FUNDS WITH THE U.S. BANKRUPTCY COURT PURSUANT TO 11 U.S.C. SECTION 347 AND BANKRUPTCY RULES 3010(a) AND 3011**

COMES NOW, Bradley J. Patten as Chapter 7 Trustee in the above-styled case and provides notice that he has submitted to the United States Bankruptcy Court the following check which represents an unclaimed payment of excess funds paid to Debtor in an administered asset: (1) check number 108 submitted to Verlean Kendrick. The total being submitted pursuant to 11 U.S.C. Section 347 is $50,930.31.

This 27th day of October, 2018.

_____
Bradley J. Patten, Chapter 7 Trustee
Georgia Bar Number 566210

P.O. Box 1098
Gainesville, GA 30503
(770) 536-3381
bpatten@sgwmfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| VERLEAN KENDRICK, | : | CASE NUMBER 15-20679-JRS |
| | : | |
| Debtor. | : | JUDGE JAMES R. SACCA |

**CERTIFICATE OF SERVICE**

   The undersigned Bradley J. Patten, Chapter 7 Trustee in the above styled bankruptcy certifies that I am and at all times hereinafter mentioned was more than eighteen (18) years of age, and that on the 27th day of October, 2018, I served a copy of the **Notice of Depositing Funds with the U.S. Bankruptcy Court Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rules 3010(a) and 3011** in the above-captioned proceedings to the below by sending a copy of same in United States Mail in an envelope properly addressed with adequate postage thereon to ensure delivery to:

Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

United States Bankruptcy Clerk
121 Spring Street
Room 120
Gainesville, GA 30501

Verlean Kendrick
6455 Waveland Drive
Cumming, GA  30040

Verlean Kendrick
P.O. Box 310973
Atlanta, GA 31131-0973

  This 27th day of October, 2018.

_____
Bradley J. Patten, Chapter 7 Trustee
Georgia Bar Number 566210

P.O. Box 1098
Gainesville, GA 30503
(770) 536-3381
bpatten@sgwmfirm.com