UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| VERLEAN KENDRICK, | ) | CASE NO. 15-20679-jrs |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

On October 29, 2018, the Trustee filed a Trustee's Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U.S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $50,930.31 ("Unclaimed Funds") on behalf of Verlean Kendrick ("Claimant").

On August 7, 2020, Claimant filed a petition seeking payment. The petition and the documents attached thereto establish that Claimant is entitled to the Unclaimed Funds; accordingly, it is hereby

ORDERED that Clerk, U.S. Bankruptcy Court shall issue a check in the amount of $50,930.31 payable to Verlean Kendrick and shall send said check to payee at the following address:

5409 Festival Avenue
Fairburn, GA 30213

IT IS SO ORDERED, this the 11th day of August, 2020.

JAMES R. SACCA
UNITED STATES BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                            Northern District of Georgia
```

In re:                                                              Case No. 15-20679-jrs
Verlean Kendrick                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 113E-8          User: malave                 Page 1 of 1            Date Rcvd: Aug 11, 2020
                              Form ID: pdf439              Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 13, 2020.
db              +Verlean Kendrick,    5409 Festival Ave.,    Fairburn, GA 30213-6099
aty             +Smith, Gilliam, Williams and Miles, P.A.,    P.O. Box 1098,    Gainesville, GA 30503-1098

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                E-mail/Text: usagan.bk@usdoj.gov Aug 11 2020 22:25:21     The United States Attorney's Office,
                  Richard B. Russell Federal Building,   75 Ted Turner Dr SW,    Suite 600,
                  Atlanta, GA 30303-3309
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                    Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
              Bradley J. Patten    bpatten@sgwmfirm.com,   bpatten@ecf.axosfs.com;kbyers@sgwmfirm.com
              Bradley J. Patten    on behalf of Trustee Bradley J. Patten bpatten@sgwmfirm.com,
               bpatten@ecf.axosfs.com;kbyers@sgwmfirm.com
              Elizabeth F. Taylor    on behalf of Creditor    Bethelview Downs Homeowners Association, Inc.
               btaylor@wczlaw.net
              Elizabeth F. Taylor    on behalf of Creditor    The Court at Bethelview Downs Homeowners
               Association, Inc. btaylor@wczlaw.net
              Julie D. Mehelic    on behalf of Creditor    Wells Fargo Bank, National Association
               GABKNotifications@logs.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              R. Jeneane Treace    on behalf of U.S. Trustee    Office of the United States Trustee
               jeneane.treace@usdoj.gov
                                                                                             TOTAL: 7